UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Google LLC ,

Plaintiff(s),

v.

Headwater Research LLC ,

Defendant(s).

Case No. 3:25-cv-09558-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Stephanie Adamakos, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Google LLC in the above-entitled action. My local co-counsel in this case is Matthias A. Kamber, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 232147.

| 2050 M Street NW, Washington, DC 20036 | 101 California Street, 48th Fl, San Francisco, CA 94111 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-551-1700 | 415-856-7000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| stephanieadamakos@paulhastings.com | matthiaskamber@paulhastings.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 705076.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/14/25

Stephanie Adamakos
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stephanie Adamakos is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 20, 2025

UNITED STATES MAGISTRATE JUDGE

**The Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

ALLISON S. CARTWRIGHT
CLERK

Telephone:
(617) 557-1100

General Email:
sjccountyclerk@sjcstate.ma.us

Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

November 10, 2025

Attorney Stephanie Adamakos
Heather Copeland
71 S. Wacker Drive 45th Floor
Chicago , IL  60606
heathercopeland@paulhastings.com

IN RE:     CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Stephanie Adamakos .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  11/07/2025 11.06.2025
Enclosures

2025.01_Amended:Version2025.01.01

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 18, 2019**, said Court being the highest Court of Record in said Commonwealth:

## Stephanie Adamakos

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventh** day of **November** in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County